256 So.2d 441

## Claudis BARTON et al.

v.

## Luttrell A. COX et al.

No. 52060.

Jan. 27, 1972.

In re: Leonard Brooks applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Feliciana. 255 So.2d 501.

Writ denied. Under the facts found by the Court of Appeal the result is correct.

■

256 So.2d 441

## SCIENTIFIC SYSTEMS CORPORATION

v.

## RYDER TRUCK LINES, INC.

No. 52070.

Jan. 27, 1972.

In re: Ryder Truck Lines, Inc. applying for certiorari or writ of review to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 255 So.2d 385.

Writ denied. On the facts found by the Court of Appeal there is no error of law in the judgment.